```
                                              FILED
                                         U.S. DISTRICT COURT
                                         W.D.N.Y. ROCHESTER
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
                                         2007 APR 30  PM 1:51
```

UNITED STATES OF AMERICA,                No. 07-CR-6058

        -vs-

                                **INFORMATION**
                                (Felony)

                                **Violations:**
ANDREW BAJEK,                            18 U.S.C. § 2252A(a)(1)
                                         18 U.S.C. § 2422(b)
                Defendant.

## COUNT 1

### The United States Attorney Charges:

On or about March 30, 2006, in the Western District of New York, and elsewhere, the defendant, ANDREW BAJEK, did knowingly transport and ship in interstate and foreign commerce by means of a computer, child pornography, as defined by Title 18, United States Code, Section 2256(8)(A).

**All in violation of Title 18, United States Code, Section 2252A(a)(1).**

## COUNT 2

### The United States Attorney Further Charges:

That between on or about January 1, 2005 and March 30, 2006, in the Western District of New York, and elsewhere, the defendant, ANDREW BAJEK, using a facility and means in interstate commerce, did knowingly persuade, induce, and entice an individual he believed to be less than 18 years of age to engage in sexual

activity for which any person could be charged with a criminal offense, in that the defendant caused electronic communications to be sent via the internet to an individual he believed was a 15 year old female in Rochester, New York.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED:   Rochester, New York, April 30, 2007.

```
                              TERRANCE P. FYLNN
                              United States Attorney
                              Western District of New York

                       BY:    _____
                              RICHARD A. RESNICK
                              Assistant United States Attorney
```